

*William T. Van Alstyne, Leonard B. Smith* and *James N. Vaughan* for appellant.

*Theodore Kiendl, Francis W. Phillips* and *Philip C. Potter, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS R. LAW, Appellant.

Argued November 29, 1954; decided December 31, 1954.

*Myron J. Greene* and *Martin Greene* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE FULLER and JOHN WILSON, Appellants.

Argued December 1, 1954; decided December 31, 1954.